The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY TAYLOR and SHELLEY TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCG HEALTH, LLC, a Washington limited liability company,<br><br>Defendant. | No. 2:22-cv-00925-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>**Noted for Consideration:**<br>**July 15, 2022** |

**STIPULATION**

The parties, by and through their undersigned counsel of record, without waiver of any rights or defenses, respectfully stipulate and move that the deadline for Defendant MCG Health, LLC ("MCG Health") to serve a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 ("Response") shall be extended as follows: (i) absent the filing of a consolidated complaint, MCG shall file its Response by September 12, 2022; and (ii) if a consolidated complaint is filed, MCG Health shall file its Response the later of 45 days from the filing of the consolidated complaint or September 12, 2022.

In the event that Defendant answers or moves to dismiss under 12(b)(6) any complaint pending in an action arising out of the same facts as this action ("Other Action"), Defendant agrees it shall concurrently respond in this action. This requirement to respond

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 1
(2:22-cv-00925-RSM)
4882-4691-6649v.1 0050033-004400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

in this action is not triggered by any other filing by Defendant in the Other Action, including those relating to a motion regarding venue, jurisdiction, or first-to-file made in another jurisdiction.

Dated this 15th day of July 2022.

*Counsel for Plaintiffs Jay Taylor and Shelley Taylor*
ARNOLD LAW FIRM

By: *s/ M. Anderson Berry (per email authorization)*
M. Anderson Berry
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
E-mail: aberry@justice4you.com

EMERY REDDY
Patrick B. Reddy
Timothy W. Emery
600 Steward Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
E-mail: reddyp@emeryreddy.com
E-mail: emeryt@emeryreddy.com

*Counsel for Defendant MCG Health, LLC*
DAVIS WRIGHT TREMAINE LLP

By *s/ Jaime Drozd Allen*
Jaime Drozd Allen, WSBA # 35742
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8039
Fax: (206) 757-7700
E-mail: jaimeallen@dwt.com

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 2
(2:22-cv-00925-RSM)
4882-4691-6649v.1 0050033-004400

ORDER

It is so ordered.

DATED this 19th day of July, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 3
(2:22-cv-00925-RSM)
4882-4691-6649v.1 0050033-004400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700