The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA SAIKI,<br><br>                    Plaintiff,<br><br>        v.<br><br>MCG HEALTH, LLC,<br><br>                    Defendant. | NO. 2:22-CV-849-RSM-DWC<br><br>**STIPULATED ORDER TO CONSOLIDATE RELATED CASES PURSUANT TO FRCP 42 AND CONTINUE CASE MANAGEMENT DEADLINES** |
| CYNTHIA STRECKER,<br><br>                    Plaintiff,<br><br>        v.<br><br>MCG HEALTH, LLC,<br><br>                    Defendant. | NO. 2:22-cv-862-RSM-DWC |

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 1

**Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| LEO THORBECKE and MARJORITA DEAN, | NO. 2:22-cv-870-RSM-DWC |
| Plaintiffs, | |
| v. | |
| MCG HEALTH, LLC, | |
| Defendant. | |
| LINDA BOOTH, MARY NAPIER, and CANDACE DAUGHERTY, | NO. 2:22-cv-00879-RSM-DWC |
| Plaintiffs, | |
| v. | |
| MCG HEALTH, LLC, | |
| Defendant. | |
| EVA DRESCH, | NO. 2:22-cv-892-RSM-DWC |
| Plaintiff, | |
| v. | |
| MCG HEALTH, LLC, | |
| Defendant. | |
| LINDA CRAWFORD and MICHAEL PRICE, | NO. 2:22-cv-00894-RSM-DWC |
| Plaintiffs, | |
| v. | |
| MCG HEALTH, LLC, | |
| Defendant. | |

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| JAN TAYLOR and SHELLEY TAYLOR,<br><br>  Plaintiffs,<br><br>  v.<br><br>MCG HEALTH, LLC,<br><br>  Defendant. | NO. 2:22-cv-00925-RSM-DWC |
| JULIE MACK, JOANNE MULLINS and INGRID COX,<br><br>  Plaintiffs,<br><br>  v.<br><br>MCG HEALTH, LLC,<br><br>  Defendant. | NO. 2:22-cv-00935-RSM-DWC |
| KENNETH HENSLEY, as guardian of R.H.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MCG HEALTH, LLC,<br><br>  Defendant. | NO. 2:22-cv-00978-RSM-DWC |

WHEREAS, between June 16, 2022 and July 15, 2022, nine (9) related proposed class actions were filed in the United States District Court, Western District of Washington arising out of an alleged data breach involving MCG Health, LLC ("MCG" or "Defendant"):

- *Saiki v. MCG Health, LLC*, No. 2:22-cv-00849 ("*Saiki*"), filed June 16, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

- *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862 ("*Strecker*"), filed June 20, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

- *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870 ("*Thorbecke*"), filed June 21, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

4

5

6

- *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879 ("*Booth*"), filed June 22, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

7

8

9

- *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892 ("*Dresch*"), filed June 24, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

10

11

12

- *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894 ("*Crawford*"), filed June 24, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

13

14

15

- *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925 ("*Taylor*"), filed July 1, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel;

16

17

18

- *Mack v. MCG Health, LLC*, No. 2:22-cv-00935 ("*Mack*"), filed July 6, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel; and

19

20

21

- *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978 ("*Hensley*"), filed July 15, 2022, and currently pending before Judge Ricardo S. Martinez and Judge David W. Christel (together, the "Related Cases").

22

23

24

25

26

WHEREAS, on August 3, 2022, the Court ordered the parties "to meet-and-confer in accordance with Local Civil Rule 42(b) and either file a stipulation to consolidate or file a response of no more than five pages (excluding supporting declarations) SHOWING CAUSE why the above captioned cases should not be consolidated (without prejudice to later bifurcation, as appropriate) on or before August 22, 2022." Dkt. 27.

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    WHEREAS, the parties have conferred and agree that consolidation is appropriate

2  under Federal Rule of Civil Procedure (FRCP) 42(a) because the Related Cases involve

3  common questions of law or fact, specifically, the cases name a common defendant, and allege

4  similar claims on behalf of overlapping classes arising from the same alleged data breach;

5    WHEREAS, the Related Cases presently have varying court-imposed deadlines for

6  holding the FRCP 26(f) conference, submitting initial disclosures, and submitting the Joint

7  Status Report and Discovery Plan (*see, e.g., Booth*, Dkt. No. 15);

8    WHEREAS, maintaining these varying deadlines prior to consolidation would lead to

9  inefficiency, duplication of effort, and an unnecessary expenditure of resources;

10    WHEREAS, to conserve party resources and for efficiency, the parties agree to defer the

11  above-mentioned deadlines until after the filing of a consolidated complaint;

12    NOW THEREFORE, pursuant to Local Civil Rule (LCR) 42 and the Court's August 3,

13  2022 Orders, the Parties STIPULATE and AGREE that:

14    1.    The following actions pending in this District shall be consolidated for pre-trial

15  proceedings and trial pursuant to FRCP 42(a) (hereafter the "Consolidated Action"):

16    • *Saiki v. MCG Health, LLC*, Cause No. 2:22-cv-00849, Judge Ricardo S. Martinez

17    • *Strecker v. MCG Health, LLC*, Cause No. 2:22-cv-00862, Judge Ricardo S. Martinez

18    • *Thorbecke, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00870, Judge Ricardo S.

19      Martinez

20    • *Booth, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00879, Judge Ricardo S.

21      Martinez

22    • *Dresch v. MCG Health, LLC*, Cause No. 2:22-cv-00892, Judge Ricardo S. Martinez

23    • *Crawford, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00894, Judge Ricardo S.

24      Martinez

25    • *Taylor, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00925, Judge Ricardo S.

26      Martinez

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1    • *Mack, et al. v. MCG Health, LLC*, Cause No. 2:22-cv-00935, Judge Ricardo S.

2    Martinez

3    • *Hensley v. MCG Health, LLC*, Cause No. 2:22-cv-00978, Judge Ricardo S. Martinez

4    2.    All papers filed in the Consolidated Action must be filed under Case. No. 2:22-

5    cv-00849, the number assigned to the first-filed case, and must bear the following caption:

6                        UNITED STATES DISTRICT COURT
7                        WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE
8

9

10   | In re MCG Health Data Security Issue | Case No. 2:22-cv-00849 |
11   |---|---|
     | Litigation | |
12

13   3.    The case file for the Consolidated Action will be maintained under the Master

14   File Case No. 2:22-cv-00849.

15   4.    The clerk is directed to file this order in all nine cases first, then administratively

16   close the following related cases:

17       a.   *Strecker v. MCG Health, LLC*, No. 2:22-cv-00862;

18       b.   *Thorbecke, et al. v. MCG Health, LLC*, No. 2:22-cv-00870;

19       c.   *Booth, et al. v. MCG Health, LLC*, No. 2:22-cv-00879;

20       d.   *Dresch v. MCG Health, LLC*, No. 2:22-cv-00892;

21       e.   *Crawford, et al. v. MCG Health, LLC*, No. 2:22-cv-00894;

22       f.   *Taylor, et al. v. MCG Health, LLC*, No. 2:22-cv-00925;

23       g.   *Mack v. MCG Health, LLC*, No. 2:22-cv-00935;

24       h.   *Hensley v. MCG Health, LLC*, No. 2:22-cv-00978.

25   5.    Any action subsequently filed, transferred, or removed to this Court that arises

26   out of the same or similar operative facts as the Consolidated Action shall be automatically

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1   consolidated with it within 10 calendar days following the filing of that action. If any party

2   objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so

3   before the expiration of that period.

4        6.        As soon as practicable, the parties shall file a Notice of Related Cases pursuant to

5   LCR 3(g) whenever a case that should be consolidated into this action is filed in, or transferred

6   to, this District. If the Court determines that the case is related, the clerk shall:

7            a.  place a copy of this Order in the separate file for such action;

8            b.  serve on plaintiff's counsel in the new case a copy of this Order;

9            c.  direct that this Order be served upon defendant(s) in the new case; and

10           d.  make the appropriate entry in the Master Docket.

11       7.        The Parties further stipulate and agree to the following deadlines in the Related

12  Cases:

| Event | Deadline |
|---|---|
| Consolidated Class Action Complaint | 30 days after the Related Cases are consolidated |
| FRCP 26(f) Conference | 30 days after briefing is completed on Defendant's Motion to Dismiss |
| Defendant's Answer or Responsive Pleading[1] | 45 days after filing of Consolidated Class Action Complaint |
| Joint Status Report and Discovery Plan | 45 days after briefing is completed on Defendant's Motion to Dismiss |
| Initial disclosures pursuant to FRCP 26(a)(1) | 25 days after the FRCP 26(f) Conference |
| Motion for class certification | To be set in connection with the issuance of a scheduling order after the Parties conduct their FRCP 26(f) conference and submit their Joint Status Report |

---

[1] In the event MCG replies by way of motion, the Parties agree to meet and confer and submit a stipulation regarding an appropriate briefing schedule.

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 7

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

**IT IS SO STIPULATED.**

DATED this 17th day of August, 2022.

By: _/s/ Jason T. Dennett_
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

Gary M. Klinger (_Pro Hac Vice_)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
gklinger@milberg.com

Bryan L. Bleichner (_Pro Hac Vice_)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com

_Counsel for Plaintiff Diana Saiki and the
Proposed Class_

By: _/s/ Jennifer Rust Murray_
Beth E. Terrell (WSBA #26759)
Jennifer Rust Murray (WSBA #36983)
**TERRELL MARSHALL LAW GROUP
PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Telephone: 206-816-6603
Facsimile: 206-319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com

Adam E. Polk (_Pro Hac Vice_)
Simon Grille (_Pro Hac Vice_)
Jessica Cook (_Pro Hac Vice_)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
jcook@girardsharp.com

_Counsel for Plaintiffs Linda Booth, Mary
Napier, Candace Daugherty, and the
Proposed Class_

By: _/s/ M. Anderson Berry_
M. Anderson Berry
**CLAYEO C. ARNOLD, A
PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

By: _/s/ Jason T. Dennett_
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 8

1 Timothy W. Emery (WSBA 34078)            Jeffrey S. Goldenberg (*Pro Hac Vice*)
   Patrick B. Reddy (WSBA 34092)             **GOLDENBERG SCHNEIDER, LPA**
2  **EMERY REDDY, PLLC**                     4445 Lake Forest Drive, Suite 490
   600 Stewart Street, Suite 1100            Cincinnati, Ohio 45242
3  Seattle, WA 98101                         Telephone: (513) 345-8291
   Telephone: (206) 442-9106                 Facsimile: (513) 345-8294
4  Facsimile: (206) 441-9711                 jgoldenberg@gs-legal.com
   emeryt@emeryreddy.com
5  reddyp@emeryreddy.com
                                             Charles E. Schaffer (*Pro Hac Vice*)
6                                            Nicholas Elia (*Pro Hac Vice*)
   *Counsel for Plaintiffs Jay Taylor, Shelley*   **LEVIN, SEDRAN & BERMAN**
7  *Taylor, and the Proposed Class*         510 Walnut Street, Suite 500
                                             Philadelphia, PA 19106
8                                            Telephone: (215) 592-1500
                                             cschaffer@lfsblaw.com
9                                            nelia@lfsblaw.com

10
                                             *Counsel for Plaintiffs Leo Thorbecke,*
11                                           *Marjorita Dean, and the Proposed Class*

12
   By: */s/ Samuel J. Strauss*               By: */s/ Gary E. Mason*
13 Samuel J. Strauss (WSBA 46971)            Michael C. Subit (WSBA 29189)
   **TURKE & STRAUSS LLP**                   **FRANK FREED SUBIT & THOMAS LLP**
14 613 Williamson St., Suite 201             705 Second Avenue, Suite 1200
   Madison, Wisconsin 53703                  Seattle, WA 98104
15 Telephone: (608) 237-1775                 Telephone: (206) 682-6711
   Facsimile: (608) 509-4423                 msubit@frankfreed.com
16 sam@turkestrauss.com
                                             Gary E. Mason
17                                           Danielle L. Perry (*Pro Hac Vice*)
   *Counsel for Plaintiffs Linda Crawford,*   Lisa A. White
18 *Michael Price, and the Proposed Class*   **MASON LLP**
                                             5101 Wisconsin Ave. NW Ste. 305
19                                           Washington DC 20016
                                             Telephone: (202) 640-1160
20                                           Facsimile: (202) 429-2294
                                             gmason@masonllp.com
21                                           dperry@masonllp.com
                                             lwhite@masonllp.com
22

23
                                             *Counsel for Plaintiff Eva Dresch and the*
24                                           *Proposed Class*

25

26

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 9

By: /s/ Jason T. Dennett
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

Terence R. Coates (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Joseph M. Lyon (*Pro Hac Vice*)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Facsimile: (513) 721-1178
jlyon@thelyonfirm.com

*Counsel for Plaintiff Cynthia Strecker and the Proposed Class*

By: /s/ Jennifer Rust Murray
Beth E Terrell
Jennifer Rust Murray
**TERRELL MARSHALL LAW GROUP PLLC**
936 N 34TH St, Ste 300
Seattle, WA 98103-8869
206-816-6603/Fax: 206-319-5450
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com

Benjamin F. Johns (*Pro Hac Vice*)
Samantha E. Holbrook (*Pro Hac Vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
bfj@chimicles.com
seh@chimicles.com

*Counsel for Plaintiffs Julie Mack, Joanne Mullins, Ingrid Cox, and the Proposed Class*

By: /s/ Jason T. Dennett
Jason T. Dennett (WSBA 30686)
Rebecca L. Solomon (WSBA 51520)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-992
jdennett@tousley.com
rsolomon@tousley.com

By: /s/ Jaime Drozd Allen
Jaime Drozd Allen (WSBA #35742)
**DAVIS WRIGHT TREMAINE**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Facsimile: 206-757-7700
jaimeallen@dwt.com

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 10

1

2   William B. Federman
(Admitted *Pro Hac Vice*)                      Stephen L. Saxl (*Pro Hac Vice*)

3   **FEDERMAN & SHERWOOD**                     **GREENBERG TRAURIG, LLP**
10205 North Pennsylvania Avenue                One Vanderbilt Avenue

4   Oklahoma City, Oklahoma 73120               New York, NY 10017
Telephone: (405) 235-1560                       Telephone: (212) 801-9200

5   Facsimile: (405) 239-2112                   Facsimile: (212) 805-9371
wbf@federmanlaw.com                             Saxls@gtlaw.com

6

7   A. Brooke Murphy                            Christopher S. Dodrill (*Pro Hac Vice*)
(Admitted *Pro Hac Vice*)                       **GREENBERG TRAURIG, LLP**

8   **MURPHY LAW FIRM**                         2200 Ross Avenue, Suite 5200
4116 Will Rogers Pkwy, Suite 700                Dallas, TX 75201

9   Oklahoma City, OK 73108                     Telephone: (214) 665-3681
Telephone: (405) 389-4989                       dodrillc@gtlaw.com

10  abm@murphylegalfirm.com

11                                              Jena Valdetero (*Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**

12  *Counsel for Plaintiff and the Putative Class*   77 West Wacker Drive
*Kenneth Hensley as legal guardian of minor*     Chicago, IL 60601

13  *R.H.*                                       Telephone: (312) 456-8400
valdeteroj@gtlaw.com

14

15                                              *Counsel for Defendant MCG Health, LLC*

16  PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED**.

17

18  Dated this 17th day of August, 2022.

19

20                                              David W. Christel
United States Magistrate Judge

21

22

23

24

25

26

STIPULATED ORDER TO CONSOLIDATE RELATED CASES
PURSUANT TO FRCP 42 - 11

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992